## UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                      : Chapter 7

Zachary D Hughes                                            : Case No. 25−10039−amc
                    Debtor(s)

### ORDER
_____

    AND NOW, this day , April 9, 2025 , it appearing that the trustee in the above

entitled matter has filed his report and that the trustee has performed all other duties required

in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and

the same hereby is, closed.

                                    By The Court

                                    Ashely M. Chan
                                    Chief Judge, United States Bankruptcy Court